UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA              :

       -v.-                              :     14 Cr. 611 (NRB)

FREDDIE DIAZ,                                  :              ORDER

                  Defendant.      :
------------------------------------------------------------X

WHEREAS, the above-named defendant, Freddie Diaz, is presently in federal custody under the supervision and control of the United States Marshal; and

WHEREAS, an application having been made by counsel for the defendant, Joshua L. Dratel, Esq, with the consent of the United States Attorney for the Southern District of New York, Audrey Strauss, by and through Assistant United States Attorney Matthew King;

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4241(a) and (b), a psychological examination of the defendant be conducted, and that a psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. §4247(b) and (c);

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §4247(b), the defendant be committed to the custody of the Attorney General for the purpose of conducting such evaluation, and that the Attorney General designate the defendant for placement in a suitable Bureau of Prisons facility for a reasonable period not to exceed thirty (30) days.

Dated:   New York, New York
           June 10, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE