```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

         - against -                              ORDER

FREDDIE DIAZ                                      14 Cr. 611 (NRB)

              Defendant.

---------------------------------------X
```

As an additional condition of supervised release, the Court hereby orders that Mr. Diaz be placed in a Residential Reentry Center ("RRC") for up to ninety (90) days or until he finds adequate housing approved by the Probation Department. Pursuant to Public Law 91-492, Mr. Diaz shall not reside at the RRC for more than 180 days. During the time Mr. Diaz resides at the RRC, Mr. Diaz must abide by all the rules and regulations of the RRC, and all passes for leave must be approved by the Probation Department. Mr. Diaz's contribution toward the cost of subsistence is waived.

DATED:   New York, New York
         December 5, 2023

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE